IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.T. PRODUCE, INC., d/b/a<br>FAMILY TREE PRODUCE<br><br>          Plaintiff,<br><br>  v.<br><br>AGWA, INC., d/b/a NORTH PARK<br>PRODUCE CHULA VISTA , et al.<br><br>          Defendants. | Case No: <u>11-CV-102 JLS (WVG)</u><br><br>**ORDER APROVING<br>STIPULATION PURSUANT<br>TO JOINT MOTION**<br><br>(Doc. No. 19) |

Plaintiff, F.T. Produce, Inc., d/b/a Family Tree Produce, by and through its undersigned attorneys, and Defendants, AGWA, Inc., d/b/a North Park Produce Chula Vista, Jamil A. Nehme, Shelden J. Nehme, Brenda J. Nehme and Rosette J. Sowell, by and through their undersigned attorneys, having jointly moved the Court for approval of a Stipulation and the Court having considered the Stipulation and good cause appearing the Stipulation is approved and

**IT IS HEREBY ORDERED**:

1. Plaintiff, F.T. Produce, Inc., d/b/a Family Tree Produce, alleges it is a trust creditor under the provisions of the Perishable Agricultural Commodities Act, 7

---

1
ORDER APPROVING STIPULATION PURSUANT TO AMENDED JOINT MOTION

U.S.C. §499e(c), against Defendants AGWA, Inc., d/b/a North Park Produce Chula Vista, Jamil A. Nehme and Rosette J. Sowell, on a debt in the principal amount of $58,643.03 plus attorneys fees in the amount of $7,500.00 and interest at the rate of 10% per annum or $1,909.80.

2.  Defendants AGWA, Inc., d/b/a North Park Produce Chula Vista, Jamil A. Nehme and Rosette J. Sowell, shall pay to Plaintiff F.T. Produce, Inc., d/b/a Family Tree Produce $66,752.83, in separate, equal weekly installments of $2,000.00 commencing on or before February 28, 2011 and continuing each Monday thereafter until the $66,752.83 is paid in full. All payments shall be by check, certified check, cashier's check, or money order, payable to F.T. Produce, Inc., d/b/a Family Tree Produce, and delivered to F.T. Produce, Inc., d/b/a Family Tree Produce, 5510 E. La Palma Avenue, Anaheim, California 92807 on or by the date payment is due.

3.  To secure the payment of said amount, Defendants, AGWA, Inc., d/b/a North Park Produce Chula Vista, Jamil A. Nehme and Rosette J. Sowell, have executed a Joint Motion to Vacate Dismissal and to Reopen Case for Entry of Judgment ("Joint Motion") which will be held in escrow by the attorneys for Plaintiff and which shall not be filed unless there is a default as set forth below. A copy of the Joint Motion and the proposed Judgment are attached to the Amended Joint Motion for Approval of Stipulation as Exhibit "A".

4.  If there is a default in the payment of any of the payments referenced in paragraph 2 that remains uncured for a period of three business days, the aforesaid sum above mentioned in paragraphs 1 and 2 above, or any balance that may appear to be unpaid thereon, together with all costs and reasonable attorney's fees to collect the sum due (including those incurred to determine additional costs and fees) (hereafter "the Debt"), less any payments made pursuant to this Stipulation, shall, at the option of the Plaintiff, thereupon become immediately due and payable, and Plaintiff shall be entitled to file the previously executed Joint Motion along with a

Declaration as to such default by Plaintiff's attorney with a copy thereof to Defendants' counsel and obtain a Judgment against Defendants under the trust provisions of the Perishable Agricultural Commodities Act, 7 U.S.C. §499e(c), for the full amount of the debt.

5. Nothing herein, including the installment nature of the payments being made under the Stipulation, shall be deemed, interpreted or otherwise construed as an extension of credit by the Plaintiff to Defendants, or as a waiver of the Plaintiff's rights under the statutory trust provision of the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. §499e(c). Plaintiff's rights under the Stipulation are in addition to its rights under said trust provision.

6. Shelden J. Nehme and Brenda J. Nehme are hereby dismissed from this action without prejudice, each party to bear its own costs and fees.

7. The Court shall retain jurisdiction over the parties to enforce the terms of the Stipulation.

8. This case is closed subject to reopening for further proceedings in the event of a default under the terms of the Stipulation.

**IT IS SO ORDERED**

DATED: March 14, 2011

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge